JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

FILED

2008 MAR 11 ⌐ 11: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JORGE LEMOS-LOYA,

    Defendant.

)
)
)
)
)
)
)
)
)
)

CR - 08 00149 JF PVT

VIOLATION: 8 U.S.C. § 1326 -
Illegal Re-entry Following Deportation

SAN JOSE VENUE

INFORMATION

The United States Attorney charges:

    On or about January 14, 2008, the defendant,

                   JORGE LEMOS-LOYA,

an alien, previously having been arrested and deported from the United States on or about

April 6, 2005 and July 8, 2005, was found in the Northern District of California, the

Attorney General of the United States and the Secretary for Homeland Security not

having expressly consented to a reapplication by the defendant for admission into the

//

INFORMATION

1  United States, in violation of Title 8, United States Code, Section 1326.

3  DATED: 3/10/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

Approved as to form: _____
SAUSA Benjamin Kennedy

INFORMATION                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

*Name of District Court, and/or Judge/Magistrate Location*
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
'08 MAR 11 A 11:55
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. DIST. CA. S.J.

### OFFENSE CHARGED
Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

### DEFENDANT - U.S.
▶ JORGE LEMOS-LOYA

**DISTRICT COURT NUMBER**
CR - 08 00149 JF PVT

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ 5:08-mj-70098-PVT

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BENJAMIN KENNEDY

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: