AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Jorge Lemos-Loya

WAIVER OF INDICTMENT

CASE NUMBER: 08-00149 JF

I, __Jorge Lemos-Loya__, the above named defendant, who is accused of

__illegal reentry, in violation of 8 USC § 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/13/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

MAR 13 2008

NOR...  
...URT  
...FORNIA

__Jorge Lemos__
Defendant

__Lara S Vinnar__
Counsel for Defendant

Before _____
Judicial Officer