## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, April 23, 2008
**Case Number:** CR-08-000149-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**    **UNITED STATES OF AMERICA V. JORGE LEMOS-LOYA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jorge Lemos-Loya |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

   Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 5/28/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.