1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
     150 Almaden Boulevard
6    San Jose, California 95113
     Telephone: (408) 535-5059
7    Facsimile: (408) 535-5066
     Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,         ) No.   CR 08-00149 JF
                                       )
15 |      Plaintiff,                   ) STIPULATION AND [PROPOSED]
                                       ) ORDER EXCLUDING TIME FROM MAY
16 |   v.                              ) 28, 2008 TO JUNE 25, 2008 FROM THE
                                       ) SPEEDY TRIAL ACT CALCULATION
17 | JORGE LEMOS-LOYA,                 ) (18 U.S.C. § 3161(h)(8)(A))
                                       )
18 |      Defendant.                   )
                                       )
19 |_____)

20

21    The parties stipulate that the time between May 28, 2008 and June 25, 2008 is excluded

22 under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23 continuance would unreasonably deny defense counsel reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

25 ends of justice served by granting the requested continuance outweigh the best interest of the

26 public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28 //

1  18 U.S.C. §3161(h)(8)(A).

2

3  DATED: May 29, 2008         JOSEPH P. RUSSONIELLO
                                United States Attorney
4

5                               /s/
                                CHAD MANDELL
6                               Assistant United States Attorney

7

8                               [signature]
                                BOB CAREY
9                               Attorney for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

2     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that the time between May 28, 2008 and June 25, 2008 is excluded under the Speedy

4 Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance

5 would unreasonably deny defense counsel reasonable time necessary for effective preparation,

6 taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of

7 justice served by granting the requested continuance outweigh the best interest of the public and

8 the defendant in a speedy trial and in the prompt disposition of criminal cases. The court

9 therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11 IT IS SO ORDERED.

12 DATED:

                                      JEREMY FOGEL
13                                       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28