JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5059
    Facsimile: (408) 535-5066
    E-mail: chad.mandell@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00149 JF |
|     Plaintiff, | ) | |
| | ) | |
|   v. | ) | <u>SUBSTITUTION OF ATTORNEY</u> |
| | ) | |
| JORGE LEMOS-LOYA, | ) | |
|     Defendant. | ) | |

    Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

                    Special Assistant U.S. Attorney Chad M. Mandell
                    150 Almaden Blvd., Suite 900
                    San Jose, CA   95113
                    Telephone: (408) 535-5059
                    Email: chad.mandell@usdoj.gov

DATED: June 6, 2008                Respectfully submitted,

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

                        /s/
                    CHAD M. MANDELL
                    Special Assistant United States Attorney