**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 25, 2008
**Case Number:** CR-08-000149-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      **UNITED STATES OF AMERICA V. JORGE LEMOS-LOYA**

|  PLAINTIFF  |  DEFENDANT  |
|:---:|:---:|
| United States | Jorge Lemos-Loya |

**Attorneys Present: Chad Mandell**         **Attorneys Present: Jerry Fong**

---

PROCEEDINGS:

    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 7/2/08 at 9:00 a.m. for further status review. 7 days are excluded for the reasons stated.