1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney

5

6     150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5059

7     Facsimile:  (408) 535-5066
      Email: chad.mandell@usdoj.gov

8

   Attorneys for the United States of America

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No.    CR 08-00149 JF
                                     )
15       Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME FROM JUNE
16  v.                               )    25, 2008 TO JULY 2, 2008 FROM THE
                                     )    SPEEDY TRIAL ACT CALCULATION
17  JORGE LEMOS-LOYA,                )    (18 U.S.C. § 3161(h)(8)(A))
                                     )
18       Defendant.                  )
                                     )
19  _____ )

20

21       The parties stipulate that the time between June 25, 2008 and July 2, 2008 is excluded under

22  the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  //

27  //

28  //

1

1    public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

2    U.S.C. §3161(h)(8)(A).

3

4    DATED: June 25, 2008                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney

5

6                                                  ___/s/_____
                                                   CHAD M. MANDELL

7                                                  Special Assistant United States Attorney

8

9                                                  ___/s/_____
                                                   ROBERT CAREY

10                                                 Defense Counsel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that the time between June 25 and July 2, 2008 is excluded under the Speedy Trial

4 Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would

5 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

6 into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice

7 served by granting the requested continuance outweigh the best interest of the public and the

8 defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore

9 concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11 IT IS SO ORDERED.

12 DATED:                                        _____

13

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28