UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, July 2, 2008
**Case Number:** CR-08-000149-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    UNITED STATES OF AMERICA V. JORGE LEMOS-LOYA

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jorge Lemos-Loya |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Robert Carey |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 7/9/08 at 9:00 a.m. for further status review. 7 days are excluded for the reasons stated.