UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, July 9, 2008
**Case Number:** CR-08-000149-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. JORGE LEMOS-LOYA

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jorge Lemos-Loya |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Robert Carey |

---

PROCEEDINGS:

Disposition hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. The Court orders the plea agreement and the transcript of today's hearing sealed. Defendant pleads guilty to count 1 of the Information. Continued to 10/1/08 at 9:00 a.m. for judgment and sentencing.