JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-00149-1 JF |
|    Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING HEARING AND [~~PROPOSED~~] ORDER |
| ) | |
| JORGE LEMOS-LOYA, ) | |
|    Defendant. ) | |

     It is hereby stipulated by and between counsel for the UNITED STATES, Special Assistant U.S. Attorney Chad M. Mandell, and counsel for the Defendant JORGE LEMOS-LOYA, Robert E. Carey, Jr., Esq., that the date set for the sentencing hearing be continued from October 1, 2008 to November 5, 2008 at 9:00 a.m.   This continuance is necessary to provide sufficient time for the parties to prepare their positions with respect to sentencing.  Finally, U.S. Probation Officer Jacqueline Sharpe has advised that she will be available on November 5, 2008,

//

//

//

and that the U.S. Probation Office has no objection to this continuance.

Dated this 9th day of September, 2008.

                                            /s/
                              CHAD MANDELL
                              Special Assistant U.S. Attorney

Dated this 9th day of September, 2008.

                                            /s/
                              ROBERT E. CAREY Jr.,Esq.
                              Counsel for Carol Jorge Lemos-Loya

    GOOD CAUSE APPEARING,

      IT IS ORDERED that the date set for the sentencing hearing on this case be continued from October 1, 2008 to November 5, 2008 at 9:00 a.m.

    Dated this 11th day of September, 2008

                              JEREMY FOGEL
                              United States District Judge

Copies to be served on:

CHAD M. MANDELL
Special Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

ROBERT E. CAREY JR. Esq.
706 Cowper St.
P.O. Box 1040
Palo Alto, CA 94302-1040

U.S. PROBATION OFFICER JACQUELINE SHARPE
U.S. Probation Office
450 Golden Gate Ave., Suite 17-3487
San Francisco CA 94102-3487

2