1. JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2.
3. BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4. CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5.
6. 150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5059
7. Facsimile: (408) 535-5066
8. Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-00149-1 JF |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING HEARING AND [PROPOSED] ORDER |
| ) | |
| JORGE LEMOS-LOYA, ) | |
| Defendant. ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Special Assistant U.S. Attorney Chad M. Mandell, and counsel for the Defendant JORGE LEMOS-LOYA, Robert E. Carey, Jr., Esq., that the date set for the sentencing hearing be continued from November 5, 2008 to December 10, 2008 at 9:00 a.m.  This continuance is necessary to provide sufficient time for the parties to prepare their positions with respect to sentencing.  Finally, U.S. Probation Officer Jacqueline Sharpe has advised that she will be available on December 10, 2008, and that the U.S. Probation Office has no objection to this continuance.

//

//

1  Dated this 3rd day of November, 2008.

3  _____/s/_____
   CHAD MANDELL
   Special Assistant U.S. Attorney

5  Dated this 3rd day of November, 2008.

7  _____/s/_____
   ROBERT E. CAREY Jr., Esq.
   Counsel for Carol Jorge Lemos-Loya

   GOOD CAUSE APPEARING,

   IT IS ORDERED that the date set for the sentencing hearing on this case be continued from November 5, 2008 to December 10, 2008 at 9:00 a.m.

   Dated this  4th  day of November, 2008

   _____
   JEREMY FOGEL
   United States District Judge

17 Copies to be served on:

18 CHAD M. MANDELL
   Special Assistant U.S. Attorney
19 150 Almaden Blvd., Suite 900
   San Jose, CA 95113

21 ROBERT E. CAREY JR. Esq.
   706 Cowper St.
   P.O. Box 1040
22 Palo Alto, CA 94302-1040

23 U.S. PROBATION OFFICER JACQUELINE SHARPE
   U.S. Probation Office
24 450 Golden Gate Ave., Suite 17-3487
   San Francisco CA 94102-3487

2