| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | CHAD M. MANDELL (ILBN 6286783)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5059 |
| 7 | Facsimile: (408) 535-5066 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00149-1 JF |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING AND |
| | ) | [~~PROPOSED~~] ORDER |
| JORGE LEMOS-LOYA, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Special Assistant U.S. Attorney Chad M. Mandell, and counsel for the Defendant JORGE LEMOS-LOYA, Robert E. Carey, Jr., Esq., that the date set for the sentencing hearing be continued from December 10, 2008 to January 21, 2009 at 9:00 a.m.   This continuance is necessary to provide sufficient time for the parties to prepare their positions with respect to sentencing.  Finally, U.S. Probation Office has advised that they have no objection to this continuance.

1 | Dated this 4th day of December, 2008.

_____/s/_____
CHAD MANDELL
Special Assistant U.S. Attorney

Dated this 4th day of December, 2008.

_____/s/_____
ROBERT E. CAREY Jr.,Esq.
Counsel for Carol Jorge Lemos-Loya

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from December 10, 2008 to January 21, 2009 at 9:00 a.m.

Dated this __5th__ day of December, 2008

_____
JEREMY FOGEL
United States District Judge

Copies to be served on:

CHAD M. MANDELL
Special Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

ROBERT E. CAREY JR. Esq.
706 Cowper St.
P.O. Box 1040
Palo Alto, CA 94302-1040

U.S. PROBATION OFFICER JACQUELINE SHARPE
U.S. Probation Office
450 Golden Gate Ave., Suite 17-3487
San Francisco CA 94102-3487

2