ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JORGE LEMOS-LOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JORGE LEMOS-LOYA,<br><br>　　　　　Defendant. | CASE NO. CR-08-00149 JF<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND [proposed] ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Special Assistant U.S. Attorney CHAD M. MANDELL, and counsel for the Defendant JORGE LEMOS-LOYA, ROBERT E. CAREY, JR., ESQ., that the date set for the sentencing hearing be continued from January 21, 2009, at 9:00 am to February 6, 2009, at 11:00 am.  The probation office has no objection to this continuance.

　　　IT IS SO STIPULATED.

DATED:  January 20, 2009　　　　　CAREY & CAREY


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ROBERT E. CAREY, JR. Attorneys for
　　　　　　　　　　　　　　　　　　Defendant JORGE LEMOS-LOYA

///

1
2  DATED:    1/20   , 2009        UNITED STATES OF AMERICA,
3
4                                              /s/
                                      CHAD M. MANDELL
5                                     Special Assistant U.S. Attorney
6
7
8
9                                    ORDER

10     GOOD CAUSE APPEARING, it is hereby ordered that the date set for the

11 sentencing hearing on this case be continued from January 21, 2009 to

12 February 6, 2009, at 11:00 am.

13
14 DATED:   1/20    , 2009          _____
                                      JEREMY FOGEL,
15                                    United States District Court Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON